**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Site Update Solutions LLC, | § | |
|     Plaintiff | § | |
| v. | § | |
| | § | |
| Accor North America, Inc.; | § | Civil Action No. 2:10-cv-151 |
| Adobe Systems Incorporated; | § | |
| Amazon.com, Inc.; | § | |
| Aweber Systems, Inc.; | § | |
| CBS Corp.; | § | **JURY TRIAL DEMANDED** |
| CDW LLC; | § | |
| Choice Hotels International, Inc.; | § | |
| Daily News L.P.; | § | |
| Electronic Arts, Inc.; | § | |
| Enterprise Rent-A-Car Company; | § | |
| Facebook, Inc.; | § | |
| Gannett Satellite Information Network, Inc.; | § | |
| HSN, Inc.; | § | |
| Intuit, Inc.; | § | |
| Jason's Deli Corp.; | § | |
| Linkedin Corporation; | § | |
| Monster Worldwide, Inc.; | § | |
| Myspace, Inc.; | § | |
| NBC Universal, Inc.; | § | |
| Newegg, Inc.; | § | |
| Nissan North America, Inc.; | § | |
| Office Max, Inc.; | § | |
| Overstock.com, Inc.; | § | |
| Salesforce.com, Inc.; | § | |
| Sears, Roebuck and Co.; | § | |
| Staples, Inc.; | § | |
| Starwood Hotels & Resorts Worldwide, Inc.; | § | |
| Target Corporation; | § | |
| Thomson Reuters Holdings, Inc.; | § | |
| Ticketmaster Entertainment, Inc.; | § | |
| Time, Inc.; | § | |
| Turner Broadcasting System, Inc.; | § | |
| Wal-Mart Stores, Inc.; | § | |
| The Walt Disney Company; and | § | |
| Wyndham Worldwide, Inc., | § | |
|     Defendants | § | |
| | § | |

## **PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff, Site Update Solutions LLC ("Site Update Solutions"), files this Original Complaint against Defendants, Accor North America, Inc. ("Accor"), Adobe Systems Incorporated ("Adobe"), Amazon.com, Inc. ("Amazon"), Aweber Systems, Inc. ("Aweber"), CBS Corp. ("CBS"), CDW LLC ("CDW"), Choice Hotels International, Inc. ("Choice Hotels"), Daily News L.P. ("Daily News"), Electronic Arts, Inc. ("Electronic Arts"), Enterprise Rent-A-Car Company ("Enterprise"), Facebook, Inc. ("Facebook"), Gannett Satellite Information Network, Inc. ("Gannett"), HSN, Inc. ("HSN"), Intuit, Inc. ("Intuit") Jason's Deli Corp. ("Jason's Deli"), Linkedin Corporation ("Linkedin"), Monster Worldwide, Inc. ("Monster"), Myspace, Inc. ("Myspace"), NBC Universal, Inc. ("NBC"), Newegg, Inc. ("Newegg"), Nissan North America, Inc. ("Nissan"),Office Max, Inc. ("Office Max"), Overstock.com, Inc. ("Overstock"), Salesforce.com, Inc. ("Salesforce.com"), Sears, Roebuck and Co. ("Sears"), Staples, Inc. ("Staples"), Starwood Hotels & Resorts Worldwide, Inc. ("Starwood"), Target Corporation ("Target"), Thomson Reuters Holdings, Inc. ("Thomson"), Ticketmaster Entertainment, Inc. ("Ticketmaster"), Time, Inc. ("Time"), Turner Broadcasting System, Inc. ("Turner"), Wal-Mart Stores, Inc. ("Wal-Mart"), The Walt Disney Company ("Walt Disney"), and Wyndham Worldwide, Inc. ("Wyndham") (collectively "Defendants"), and alleges as follows:

### **THE PARTIES**

1. Site Update Solutions is a corporation organized and existing under the laws of the State of Texas, with its principal place of business at 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034.

2. Accor, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Accor is doing business in Texas, and on information and belief, has

a principal place of business at 4001 International Parkway, Carrolton, TX 75007. Accor may be served with process by serving its registered agent, CT Corporation System, 350 N. Saint Paul St., Dallas, TX 75201.

3. Adobe, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Adobe is doing business in Texas, and, on information and belief, has a principal place of business at 345 Park Avenue, San Jose, CA 95110. Adobe may be served with process by serving its registered agent, CSC – Lawyers Incorporating Service Company, 211 E. 7th St., Suite 620, Austin, TX 78701.

4. Amazon, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Amazon is doing business in Texas, and on information and belief, has a principal place of business at 1200 12th Ave. South, Suite 1200, Seattle, WA 98144. Amazon may be served with process by serving its registered agent, Corporation Service Company 2711 Centerville Rd. Ste. 400, Wilmington, DE 19808.

5. Aweber, on information and belief, is a company organized and existing under the laws of the State of Pennsylvania. Aweber is doing business in Texas and, on information and belief, has a principal place of business at 130 Almshouse Rd. Suite 209-W, Richboro, PA 18954. Aweber may be served with process by serving its registered agent, Thomas M. Kulzer, 130 Almshouse Rd Suite 209-W, Richboro, PA 18954.

6. CBS, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. CBS is doing business in Texas, and on information and belief, has a principal place of business at CBS Headquarters, 51 W. 52nd Street, New York, NY 10019-6188. CBS may be served with process by serving its registered agent, Lawyers Incorporating Service Company, 211 E. 7th St., Ste. 620, Austin, TX 78701.

7. CDW LLC, on information and belief, is a limited liability corporation organized and existing under the laws of the State of Illinois. CDW is doing business in Texas, and on information and belief, has a principal place of business at 200 N. Milwaukee Ave., Vernon Hills, IL 60061. CDW may be served with process by serving its registered agent, Illinois Corporation Service C, 801 Adlai Stevenson Dr., Springfield, IL 62703.

8. Choice Hotels, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Choice Hotels is doing business in Texas, and on information and belief, has a principal place of business at 10750 Columbia Pike, Silver Spring, MD 20901. Choice Hotels may be served with process by serving its registered agent, United States Corporation Company, 211 E. 7th St. Ste. 620, Austin, TX 78701.

9. Daily News, on information and belief, is a limited partnership organized and existing under the laws of the State of Delaware. Daily News is doing business in Texas, and on information and belief, has a principal place of business at 450 W. 33rd St., New York, NY 10001. Daily News may be served with process by serving its registered agent, The Prentice-Hall Corporation System, Inc., 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

10. Electronic Arts, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Electronic Arts is doing business in Texas, and on information and belief, has a principal place of business at 209 Redwood Shores Pkwy., Redwood City. Electronic Arts may be served with process by serving its registered agent, National Corporate Research, Ltd., 800 Brazos St. Suite 400, Austin, TX 78701.

11. Enterprise, on information and belief, is a corporation organized and existing under the laws of the State of Montana. Enterprise is doing business in Texas, and on information and

belief, has a principal place of business at 600 Corporate Park Drive, St. Louis, MO 63105. Enterprise may be served with process by serving its registered agent, CT Corporation System, 350 N. Saint Paul St., Dallas, TX 75201.

12. Facebook, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Facebook is doing business in Texas, and on information and belief, has a principal place of business at 156 University Ave., Palo Alto, CA 94301. Facebook may be served with process by serving its registered agent, CSC – Lawyers Incorporating Service Company, 211 E 7th St. Ste. 620, Austin, TX 78701.

13. Gannett, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Gannett is doing business in Texas, and on information and belief, has a principal place of business at 7950 Jones Branch, McLean, VA 22108. Gannett may be served with process by serving its registered agent, CT Corporation System, 350 N. Saint Paul St., Dallas, TX 75201.

14. HSN, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. HSN is doing business in Texas and, on information and belief, has a principal place of business at 1 HSN Dr., St. Petersburg, FL 32729. HSN may be served with process by serving its registered agent, National Registered Agent, Inc., 160 Greentree Dr. Suite 101, Dover, DE 19904.

15. Intuit, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Intuit is doing business in Texas, and, on information and belief, has a principal place of business at 2632 Marine Way, Mountain View, CA 94043. Intuit may be served with process by serving its registered agent, the Prentice-Hall Corporation System, 211 E. 7th St. Ste. 620, Austin, TX 78701.

16. Jason's Deli, on information and belief, is a corporation organized and existing under the laws of the State of Texas. Jason's Deli is doing business in Texas, and, on information and belief, has a principal place of business at 2825 Laurel St., Beaumont, TX 78701. Jason's Deli may be served with process by serving its registered agent, Wiley D. Jones, 2825 Laurel St., Beaumont, TX 77702.

17. Linkedin, on information and belief, is a corporation organized and existing under the laws of Delaware. Linkedin is doing business in Texas, and on information and belief, has a principal place of business at 2029 Stierlin Court, Mountain View, CA 94043. Linkedin may be served with process by serving its registered agent, Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

18. Monster, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Monster is doing business in Texas, and on information and belief, has a principal place of business at 622 Third Avenue, 39th Floor, New York, NY 10017. Monster may be served with process by serving its registered agent, CSCS Lawyers Incorporating Service Company, 211 E. 7th St., Ste. 620, Austin, TX 78701.

19. Myspace, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Myspace is doing business in Texas, and, on information and belief, has a principal place of business at 10201 W. Pico Blvd., Los Angeles, CA 90035. Myspace may be served with process by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801.

20. NBC, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. NBC is doing business in Texas, and on information and belief, has a

principal place of business at 30 Rockefeller Plaza, New York, NY 10112. NBC may be served with process by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801.

21. Newegg, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Newegg is doing business in Texas, and on information and belief, has a principal place of business at 16839 East Gale Avenue, City of Industry, CA 91745. Newegg may be served with process by serving its registered agent, Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

22. Nissan, on information and belief, is a corporation organized and existing under the laws of the State of California. Nissan is doing business in Texas, and on information and belief, has a principal place of business at One Nissan Way, Franklin, TN 37067. Nissan may be served with process by serving its registered agent, LexisNxis Document Solutions, Inc., 211 E. 7th St., Suite 620, Austin, TX 78701.

23. Office Max, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Office Max is doing business in Texas, and on information and belief, has a principal place of business at 263 Shuman Blvd., Naperville, IL 60563. Office Max may be served with process by serving its registered agent, CSC – Lawyers Incorporating Service Company, 211 E 7th St. Ste. 620, Austin, TX 78701.

24. Overstock, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Overstock is doing business in Texas, and on information and belief, has a principal place of business at 6350 South 3000 East, Salt Lake City, UT 84121. Overstock may be served with process by serving its registered agent, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801.


25. Salesforce.com, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Salesforce.com is doing business in Texas, and on information and belief, has a principal place of business at The Landmark at One Market, Suite 300, San Francisco, CA 94105. It may be served with process by serving its registered agent, CT Corporation System, 350 N. Saint Paul St., Dallas, TX 75201.

26. Sears, on information and belief, is a corporation organized and existing under the laws of the State of New York. Sears is doing business in Texas, and on information and belief, has a principal place of business at 3333 Beverly Road, Hoffman Estates, IL 60179. It may be served with process by serving its registered agent, CT Corp. System, 350 N. St. Paul St., Dallas, TX 75201.

27. Staples, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Staples is doing business in Texas, and on information and belief, has a principal place of business at 500 Staples Drive, Framingham, MA 01702. Staples may be served with process by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801.

28. Starwood, on information and belief, is a corporation organized and existing under the laws of the State of Maryland. Starwood is doing business in Texas, and on information and belief, has a principal place of business at 1111 Westchester Avenue, White Plains, NY 10604. Starwood may be served with process by serving its registered agent, CT Corporation System, 350 N. Saint Paul St., Dallas, TX 75201.

29. Target, on information and belief, is a corporation organized and existing under the laws of the State of Minnesota. Target is doing business in Texas, and on information and belief, has a principal place of business at 1000 Nicollet Mall TPN 0945, Minneapolis,

MN 55403. Target may be served with process by serving its registered agent, the CT Corporation System, 350 North St. Paul St., Dallas, TX 75201.

30. Thomson Reuters, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Thomson Reuters is doing business in Texas, and on information and belief, has a principal place of business at 3 Times Square, New York, NY 10036. Thomson Reuters may be served with process by serving it registered agent, Lawyers Incorporating Service Company, 211 E. 7th St., Ste. 620, Austin, TX 78701.

31. Ticketmaster, on information and belief, is a corporation organized under the laws of the State of Delaware. Ticketmaster is doing business in Texas, and on information and belief, has a principal place of business at 8800 W. Sunset Blvd, West Hollywood, CA 90069. Ticketmaster may be served with process by serving its registered agent, National Registered Agents, Inc., 16055 Space Center Blvd., Suite 235, Houston, TX 77062.

32. Time, on information and belief, is a corporation organized under the laws of the State of Delaware. Time is doing business in Texas, and on information and belief, has a principal place of business at 1 Time Warner Center, 16th Floor, New York, NY 10019. Time may be served with process by serving its registered agent, CT Corporation System, 350 N. Saint Paul St., Dallas, TX 75201.

33. Turner, on information and belief, is a corporation organized and existing under the laws of the State of Georgia. Turner is doing business in Texas, and on information and belief, has a principal place of business at One CNN Center, Atlanta, GA 30303. Turned may be served with process by serving its registered agent, CT Corporation System, 1201 Peachtree St. NE, Atlanta, GA 30361.

34. Wal-Mart, on information and belief, is a corporation organized under the laws of the State of Delaware. Wal-Mart is doing business in Texas, and, on information and belief, has a principal place of business at 702 SW 8th Street Dept 8687 #0555, Bentonville, AR 72716-0555. Wal-Mart may be served with process by serving its registered agent, the CT Corporation System, 350 North St. Paul St., Dallas, TX 75201.

35. Walt Disney, on information and belief, is a company organized and existing under the laws of the State of Delaware. Walt Disney is doing business in Texas and, on information and belief, has a principal place of business at 500 South Buena Vista St., Burbank, CA 91521. Walt Disney may be served with process by serving its registered agent, Corporation Service Company, 2711 Centerville Rd. Suite 400, Wilmington, DE 19808.

36. Wyndham, on information and belief, is a corporation organized and existing under the laws of the State of Delaware. Wyndham is doing business in Texas, and on information and belief, has a principal place of business at 22 Sylvan Way, Parsippany, NJ 07054. Wyndham may be served with process by serving its registered agent, CSC – Lawyers Incorporating Service Company, 211 E. 7th St. Ste. 620, Austin, TX 78701.

## JURISDICTION & VENUE

37. This is an action for infringement of a United States patent. Accordingly, this action arises under the patent laws of the United States of America, 35 U.S.C. § 1 et. seq. and jurisdiction is properly based on Title 35 United States Code, particularly § 271, and title 28 United States Code, particularly § 1338(a).

38. Venue is proper in this court under Title 28 United States Code § 1391(b) and 1400(b).

**PATENT INFRINGEMENT COUNT**

39. On March 24, 2009, United States Reissue Patent No. RE40,683 ("the RE'683 patent"), a reissue of United States Patent No. 6,253,198, entitled "Process for Maintaining Ongoing Registration for Pages on a Given Search Engine" was duly and legally issued. A true and correct copy of the RE'683 patent is attached as Exhibit A. The RE'683 patent is directed to the process of developing and maintaining the content of Internet search engine databases.

40. Pursuant to 35 U.S.C. § 282, the above-listed United States Patent is presumed valid.

41. Alan Perkins is the inventor of the RE'683 patent.

42. Site Update Solutions has full and complete title of the RE'683 patent by mesne assignment from Alan Perkins, the named inventor.

43. Accor, on information and belief, updates internet search engine databases with current content from its website, www.motel6.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Accor has in the past and continues to infringe at least claim 8 of the RE'683 patent.

44. Adobe, on information and belief, updates internet search engine databases with current content from its website, www.adobe.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Adobe has in the past and continues to infringe at least claim 8 of the RE'683 patent.

45. Amazon, on information and belief, updates internet search engine databases with current content from its website, www.amazon.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Amazon has in the past and continues to infringe at least claim 8 of the RE'683 patent.

46. Aweber, on information and belief, updates internet search engine databases with current content from its website, www.aweber.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Aweber has in the past and continues to infringe at least claim 8 of the RE'683 patent.

47. CBS, on information and belief, updates internet search engine databases with current content from its website, www.cbs.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems CBS has in the past and continues to infringe at least claim 8 of the RE'683 patent.

48. CDW, on information and belief, updates internet search engine databases with current content from its website, www.cdw.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems CDW has in the past and continues to infringe at least claim 8 of the RE'683 patent.

49. Choice Hotels, on information and belief, updates internet search engine databases with current content from its website, www.choicehotels.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Choice Hotels has in the past and continues to infringe at least claim 8 of the RE'683 patent.

50. Daily News, on information and belief, updates internet search engine databases with current content from its website, www.nydailynews.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems DailyNews has in the past and continues to infringe at least claim 8 of the RE'683 patent.

51. Electronic Arts, on information and belief, updates internet search engine databases with current content from its website, www.pogo.com, by using an XML Sitemap ("Sitemap")

and submitting it to various search engines. By utilizing such systems Electronic Arts has in the past and continues to infringe at least claim 8 of the RE'683 patent.

52. Enterprise, on information and belief, updates internet search engine databases with current content from its website, www.enterprise.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Enterprise has in the past and continues to infringe at least claim 8 of the RE'683 patent.

53. Facebook, on information and belief, updates internet search engine databases with current content from its website, www.facebook.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Facebook has in the past and continues to infringe at least claim 8 of the RE'683 patent.

54. Gannett, on information and belief, updates internet search engine databases with current content from its website, www.usatoday.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Gannett has in the past and continues to infringe at least claim 8 of the RE'683 patent.

55. HSN, on information and belief, updates internet search engine databases with current content from its website, www.hsn.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems HSN has in the past and continues to infringe at least claim 8 of the RE'683 patent.

56. Intuit, on information and belief, updates internet search engine databases with current content from its website, www.intuit.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Intuit has in the past and continues to infringe at least claim 8 of the RE'683 patent.

57. Jason's Deli, on information and belief, updates internet search engine databases with current content from its website, www.jasonsdeli.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Jason's Deli has in the past and continues to infringe at least claim 8 of the RE'683 patent.

58. Linkedin, on information and belief, updates internet search engine databases with current content from its website, www.linkedin.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Linkedin has in the past and continues to infringe at least claim 8 of the RE'683 patent.

59. Monster, on information and belief, updates internet search engine databases with current content from its website, www.monster.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Monster has in the past and continues to infringe at least claim 8 of the RE'683 patent.

60. Myspace, on information and belief, updates internet search engine databases with current content from its website, www.myspace.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Myspace has in the past and continues to infringe at least claim 8 of the RE'683 patent.

61. NBC, on information and belief, updates internet search engine databases with current content from its website, www.msnbc.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems NBC has in the past and continues to infringe at least claim 8 of the RE'683 patent.

62. Newegg, on information and belief, updates internet search engine databases with current content from its website, www.newegg.com, by using an XML Sitemap ("Sitemap") and

submitting it to various search engines. By utilizing such systems Newegg has in the past and continues to infringe at least claim 8 of the RE'683 patent.

63. Nissan, on information and belief, updates internet search engine databases with current content from its website, www.nissanusa.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Nissan has in the past and continues to infringe at least claim 8 of the RE'683 patent.

64. Office Max, on information and belief, updates internet search engine databases with current content from its website, www.officemax.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Office Max has in the past and continues to infringe at least claim 8 of the RE'683 patent.

65. Overstock, on information and belief, updates internet search engine databases with current content from its website, www.overstock.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Overstock has in the past and continues to infringe at least claim 8 of the RE'683 patent.

66. Salesforce.com, on information and belief, updates internet search engine databases with current content from its website, www.salesforce.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Salesforce.com has in the past and continues to infringe at least claim 8 of the RE'683 patent.

67. Sears, on information and belief, updates internet search engine databases with current content from its website, www.sears.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Sears has in the past and continues to infringe at least claim 8 of the RE'683 patent.

68. Staples, on information and belief, updates internet search engine databases with current content from its website, www.staples.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Staples has in the past and continues to infringe at least claim 8 of the RE'683 patent.

69. Starwood, on information and belief, updates internet search engine databases with current content from its website, www.starwood.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Starwood has in the past and continues to infringe at least claim 8 of the RE'683 patent.

70. Target, on information and belief, updates internet search engine databases with current content from its website, www.target.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Target has in the past and continues to infringe at least claim 8 of the RE'683 patent.

71. Thomson Reuters, on information and belief, updates internet search engine databases with current content from its website, www.reuters.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Thomson Reuters has in the past and continues to infringe at least claim 8 of the RE'683 patent.

72. Ticketmaster, on information and belief, updates internet search engine databases with current content from its website, www.ticketmaster.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Ticketmaster has in the past and continues to infringe at least claim 8 of the RE'683 patent.

73. Time, on information and belief, updates internet search engine databases with current content from its website, www.time.com, by using an XML Sitemap ("Sitemap") and

submitting it to various search engines. By utilizing such systems Time has in the past and continues to infringe at least claim 8 of the RE'683 patent.

74. Turner, on information and belief, updates internet search engine databases with current content from its website, www.cnn.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Turner has in the past and continues to infringe at least claim 8 of the RE'683 patent.

75. Wal-Mart, on information and belief, updates internet search engine databases with current content from its website, www.walmart.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Wal-Mart has in the past and continues to infringe at least claim 8 of the RE'683 patent.

76. Walt Disney, on information and belief, updates internet search engine databases with current content from its website, www.abc.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Walt Disney Company has in the past and continues to infringe at least claim 8 of the RE'683 patent.

77. Wyndham, on information and belief, updates internet search engine databases with current content from its website, www.super8.com, by using an XML Sitemap ("Sitemap") and submitting it to various search engines. By utilizing such systems Wyndham has in the past and continues to infringe at least claim 8 of the RE'683 patent.

78. The Defendants' infringement of the RE'683 patent alleged above has injured Site Update Solutions and thus, it is entitled to recover damages adequate to compensate for the Defendants' infringement, which in no event can be less than a reasonable royalty.

**DEMAND FOR JURY TRIAL**

79. Site Update Solutions hereby demands a jury trial on all claims and issues triable of right by a jury.

**PRAYER FOR RELIEF**

Wherefore, Site Update Solutions prays for entry of judgment:

A. that Defendants, Accor, Adobe, Amazon, Aweber, CBS, CDW, Choice Hotels, Daily News, Electronic Arts, Enterprise, Facebook, Gannett, HSN, Intuit, Jason's Deli, Linkedin, Monster, Myspace, NBC, Newegg, Nissan, Office Max, Overstock, Salesforce.com, Sears, Staples, Starwood, Target, Thomson, Ticketmaster, Time, Turner, Wal-Mart, Walt Disney and Wyndham have infringed one or more claims of the RE'683 patent;

B. that Defendants, Accor, Adobe, Amazon, Aweber, CBS, CDW, Choice Hotels, Daily News, Electronic Arts, Enterprise, Facebook, Gannett, HSN, Intuit, Jason's Deli, Linkedin, Monster, Myspace, NBC, Newegg, Nissan, Office Max, Overstock, Salesforce.com, Sears, Staples, Starwood, Target, Thomson, Ticketmaster, Time, Turner, Wal-Mart, Walt Disney and Wyndham account for and pay to Site Update Solutions all damages caused by the infringement of the RE'683 patent, which by statute can be no less than a reasonable royalty;

C. that Site Update Solutions be granted pre-judgment and post-judgment interest on the damages caused to him by reason of Defendants, Accor, Adobe, Amazon, Aweber, CBS, CDW, Choice Hotels, Daily News, Electronic Arts, Enterprise, Facebook, Gannett, HSN, Intuit, Jason's Deli, Linkedin, Monster, Myspace, NBC, Newegg, Nissan, Office Max, Overstock, Salesforce.com, Sears, Staples, Starwood, Target, Thomson, Ticketmaster, Time, Turner, Wal-Mart, Walt Disney and Wyndham's infringement of the RE'683 patent;

D. that Site Update Solutions be granted its attorneys' fees in this action;

E. that costs be awarded to Site Update Solutions;

F. that Site Update Solutions be granted such other and further relief as the Court may deem just and proper under the current circumstances.

Respectfully submitted,

Date: May 11, 2010                           /s/ Edward W. Goldstein_____
Edward W. Goldstein
Texas Bar. No. 08099500
Corby R. Vowell
Texas Bar No. 24031621
Alisa A. Lipski
Texas Bar No. 24041345
**GOLDSTEIN, FAUCETT & PREBEG, LLP**
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  713/877-1515
Fax:  713/877-1737
egoldstein@gfpiplaw.com
cvowell@gfpiplaw.com
alipski@gfpiplaw.com

ATTORNEYS FOR PLAINTIFF