IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SITE UPDATE SOLUTIONS LLC. | Case No. 2:10-cv-00151-DF-CE |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| ACCOR NORTH AMERICA INC, ADOBE SYSTEMS INCORPORATED, AMAZON.COM INC, AWEBER SYSTEMS INC, CBS CORP, CDW LLC, CHOICE HOTELS INTERNATIONAL INC, DAILY NEWS LP, ELECTRONIC ARTS INC., ENTERPRISE RENT-A-CAR COMPANY, FACEBOOK INC., GANNETT SATELLITE INFORMATION NETWORK INC, HSN INC, INTUIT INC., JASONS DELI CORP, LINKEDIN CORPORATION, MONSTER WORLDWIDE INC, MYSPACE INC., NBC UNIVERSAL INC, NEWEGG INC., NISSAN NORTH AMERICA INC, OFFICE MAX INC, OVERSTOCK.COM INC, SALESFORCE.COM INC, SEARS ROEBUCK AND CO, STAPLES INC, STARWOOD HOTELS & RESORTS WORLDWIDE INC, TARGET CORPORATION, THE WALT DISNEY COMPANY, THOMSON REUTERS HOLDINGS INC, TICKETMASTER ENTERTAINMENT INC, TIME INC, TURNER BROADCASTING SYSTEMS INC, WAL-MART STORES INC, WYNDHAM WORLDWIDE INC | The Honorable David Folsom<br>United States District Judge<br><br>Magistrate Judge Charles Everingham |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Wyndham Worldwide, Inc. ("Wyndham") files this Notice of Appearance of Counsel, and hereby notifies the Court that David M. Stein enters his appearance as counsel in this matter for Wyndham Worldwide, Inc. for the purpose of receiving notices and orders from the Court.

Dated: June 1, 2010                     Respectfully submitted,


                                          By:  /s/ David M. Stein
                                               David M. Stein (Texas Bar No. 00797494)
                                               McDERMOTT WILL & EMERY LLP
                                               18191 Von Karman Avenue, Suite 500
                                               Irvine, CA 92612-7108
                                               Phone: 949.851.0633
                                               Fax:    949.851.9348
                                               E-mail:  dstein@mwe.com

                                          Attorneys for defendant Wyndham Worldwide, Inc.

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 1, 2010. Any other counsel of records will be served by U.S. mail on the same date.

                                                         /s/ David M. Stein  
                                                          David M. Stein

DM_US 25553682-1.074592.0023