IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SITE UPDATE SOLUTIONS LLC § | |
| § | |
| vs. § | C.A. NO. 2:10-CV-151-TJW/CE |
| § | |
| ACCOR NORTH AMERICA, INC., § | |
| ET AL § | |

## ORDER

The Court has considered the Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint filed by Defendants, Adobe Systems, Incorporated, Amazon.com, Inc., Intuit, Inc., MySpace, Inc., Newegg, Inc., Sears Roebuck and Co., Target Corporation and Wyndham Worldwide, Inc., and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendants Adobe Systems, Incorporated, Amazon.com, Inc., Intuit, Inc., MySpace, Inc., Newegg, Inc., Sears Roebuck and Co., Target Corporation and Wyndham Worldwide, Inc. time to answer or otherwise respond to Plaintiff's Complaint is extended to **July 30, 2010**.

SIGNED this 9th day of July, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE