**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SITE UPDATE SOLUTIONS LLC | § | |
| | § | |
| vs. | § | CASE NO. 2:10-CV-151-DF-CE |
| | § | |
| ACCOR NORTH AMERICA, INC., ET AL. | § | |

## ORDER

Pending before the court is the plaintiff Site Update Solutions LLC's motion for leave to file its third amended complaint and to extend defendants' deadline to answer or otherwise respond. (Dkt. No. 208). The court GRANTS the motion for leave and GRANTS in part the motion to extend deadline. Within fourteen days, the defendants shall answer or otherwise respond to the third amended complaint.

SIGNED this 7th day of September, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE