IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SITE UPDATE SOLUTIONS, LLC | § | |
| | § | |
| v. | § | NO.  2:10CV151 (DF/CE) |
| | § | |
| ACCOR NORTH AMERICA, INC., et al | § | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants and respectfully submit this Unopposed Motion for Extension of Time to Submit Protective Order.  Pursuant to the Court's Order at the scheduling conference held in this case the parties were directed to submit an agreed Protective Order or competing provisions thereof by Wednesday, November 17, 2010.  The parties have worked diligently to provide the Court with an agreed Protective Order and believe that an additional week will be beneficial to the process.  Therefore good cause exists to grant this extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request the Court grant this Unopposed Motion for Extension of Time to Submit Protective Order.

Respectfully submitted,

/s/ *Lance Lee*
Lance Lee
Texas Bar No.  24004762
ATTORNEY-AT-LAW
5511 Plaza Drive
Texarkana, Texas  75503
Tel:  (903) 223-0276
Fax:  (903) 223-0210
Email:  wlancelee@aol.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause via the Court's CM/ECF system on this the 16th day of November, 2010.

              */s/ Lance Lee*
              Lance Lee

## **CERTIFICATE OF CONFERENCE**

  Ed Goldstein, counsel for Plaintiff, was consulted regarding relief requested herein. He advised that Plaintiff does not oppose this Motion

              */s/ Lance Lee*
              Lance Lee