IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SITE UPDATE SOLUTIONS, LLC | § | |
| | § | |
| v. | § | NO. 2:10CV151 (DF/CE) |
| | § | |
| ACCOR NORTH AMERICA, INC., et al | § | |

## ORDER

BEFORE the Court is Defendants' Unopposed Motion for Extension of Time to Submit Protective Order. Having considered said Motion, the Court finds that it is well taken. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Defendants' Unopposed Motion for Extension of Time to Submit Protective Order is GRANTED.

SIGNED this 17th day of November, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE