**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Site Update Solutions LLC, | § | |
|     Plaintiff | § | |
| v. | § | Case No.2:10-cv-151 |
| | § | |
| Accor North America, Inc., et al., | § | **JURY TRIAL DEMANDED** |
|     Defendants | § | |
| | § | |

**JOINT MOTION TO DISMISS DELI MANAGEMENT, INC. WITH PREJUDICE**

Plaintiff Site Update Solutions LLC ("SUS") and Defendant Deli Management, Inc. ("Deli Management"), by and through their undersigned counsel, hereby move the Court to dismiss all causes of action asserted or which could have been asserted in this suit against Deli Management by SUS in the above identified action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41.

The Parties further stipulate that each party shall be responsible for its own attorneys' fees and costs.

Dated: January 19, 2011                                  Respectfully submitted,

By:/s/ J. Thad Heartfield_____                          By:/s/ Edward W. Goldstein_____
J. Thad Heartfield                                       Edward W. Goldstein
Texas Bar No. 09346800                                   Texas Bar. No. 08099500
M. Dru Montgomery                                        Corby R. Vowell
Texas Bar No. 24010800                                   Texas Bar No. 24031621
**THE HEARTFIELD LAW FIRM**                              Alisa A. Lipski
2195 Dowlen Road                                         Texas Bar No. 24041345
Beaumont, Texas 77706                                    **GOLDSTEIN & VOWELL, LLP**
Telephone: (409) 866-3318                                1177 West Loop South, Suite 400
Fax: (409) 866-5789                                      Houston, TX 77027
E-mail: thad@jth-law.com                                 Telephone: (713) 877-1515
E-mail: dru@jth-law.com                                  Facsimile: (713) 877-1737
                                                         E-mail: egoldstein@gviplaw.com
David M. Stein                                           E-mail: cvowell@gviplaw.com
Texas Bar No. 00797494                                   E-mail: alipski@gviplaw.com
**MCDERMOTT WILL & EMERY LLP**

1

| | |
|---|---|
| 18191 Von Karman Avenue, Suite 500<br>Irvine, CA 92612-7108<br>Telephone: (949) 851-0633<br>Fax: (949) 851-9348<br>E-mail: dstein@mwe.com | **Attorneys for Plaintiff**<br>**Site Update Solutions LLC** |

**Attorneys for Defendant**
**Deli Management Inc.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 19, 2011. Any other counsel of record will be served by first class U.S. mail.

                                              /s/ Edward W. Goldstein_____
                                              Edward W. Goldstein