**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Site Update Solutions LLC | § § § | |
| Plaintiff, | § § | Civil Action No. 2:10-cv-00151-DF-CE |
| v. | § § | **JURY TRIAL DEMANDED** |
| Accor North America, Inc., *et al.* | § § § | |
| Defendants. | § § | |

**JOINT MOTION TO POSTPONE**

**CLAIM CONSTRUCTION-RELATED DEADLINES**

The parties jointly ask the Court to delay all claim construction deadlines in the Docket Control Order (Dkt. # 364) by 3 weeks (or, for the *Markman* hearing, by 3 weeks or until the Court's next available date after that) for the following reasons.

Presently pending before the Court is Defendants' Motion to Transfer Venue (Dkt # 373). This motion is fully briefed and ripe for decision. The parties agree to this extension because it provides the Court more time to address the pending transfer motion. The parties reserve the right to seek to vacate or defer the claim construction hearing insofar as the transfer motion remains unadjudicated.

Therefore, the parties respectfully request that the Court grant this Joint Motion and postpone all proceedings relating to claim construction by three weeks, adopting the new deadlines in the proposed Order filed with this motion.

Dated: March 7, 2011          Respectfully submitted on behalf of all parties,

By:    /s/ David M. Stein              
   Yar R. Chaikovsky
   California State Bar No. 175421
   McDermott Will & Emery LLP
   275 Middlefield Road, Suite 100
   Menlo Park, California 94025-4004
   Telephone: (650) 815-7400
   Facsimile: (650) 815-7401
   Email: ychaikovsky@mwe.com

   Lance Lee (Texas Bar No. 24004762)
   Attorney at Law
   5511 Plaza Drive
   Texarkana, TX 75503
   Telephone: (903) 223-0276
   Facsimile: (903) 223-0210
   Email: wlancelee@aol.com

   J. Thad Heartfield (Texas Bar No. 09346800)
   The Heartfield Law Firm
   2195 Dowlen Road
   Beaumont, Texas 77706
   Telephone: (409) 866-3318
   Fax: (409) 866-5789
   E-mail: thad@jth-law.com

   David M. Stein (Texas Bar No. 00797494)
   McDermott Will & Emery LLP
   18191 Von Karman Avenue, Suite 500
   Irvine, California 92612-7108
   Telephone: (949) 851-0633
   Fax: (949) 851-9348
   E-mail: dstein@mwe.com

Attorneys For Adobe Systems Incorporated, Amazon.com, Inc., Intuit Inc., LinkedIn Corporation, MySpace, Inc., Newegg Inc., Sears, Roebuck and Co., and Target Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document was served on March 7, 2011to all counsel of record by email.

>                          */s/* David Stein
>                          David M. Stein

DM_US 27779287-1.087252.0011