**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Site Update Solutions LLC, | § | |
|     Plaintiff | § | |
| v. | § | Case No.2:10-cv-151 |
| | § | |
| Accor North America, Inc., et al., | § | **JURY TRIAL DEMANDED** |
|     Defendants | § | |
| | § | |

**JOINT MOTION TO DISMISS
STARWOOD HOTELS & RESORTS WORLDWIDE, INC. WITH PREJUDICE**

Plaintiff Site Update Solutions LLC ("SUS") and Defendant Starwood Hotels & Resorts Worldwide, Inc. ("Starwood"), by and through their undersigned counsel, hereby move the Court to dismiss all causes of action asserted or which could have been asserted in this suit against Starwood by SUS in the above identified action WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41.

The Parties further stipulate that each party shall be responsible for its own attorneys' fees and costs.

Dated: May 4, 2011

Respectfully submitted,

By:/s/ John M. Guaragna_____
John M. Guaragna
Texas Bar No. 24043308
Brian K. Erickson
Texas Bar No. 24012594
Aaron G. Fountain
Texas Bar No. 24050619
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
E-mail: john.guaragna@dlapiper.com
      brian.erickson@dlapiper.com
      aaron.fountain@dlapiper.com

By:/s/ Edward W. Goldstein_____
Edward W. Goldstein
Texas Bar. No. 08099500
Corby R. Vowell
Texas Bar No. 24031621
Alisa A. Lipski
Texas Bar No. 24041345
**GOLDSTEIN & VOWELL, LLP**
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
E-mail: egoldstein@gviplaw.com
E-mail: cvowell@gviplaw.com
E-mail: alipski@gviplaw.com

| | |
|---|---|
| **Attorneys for Defendant**<br>**Starwood Hotels & Resorts Worldwide, Inc.** | **Attorneys for Plaintiff**<br>**Site Update Solutions LLC** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 4, 2011.  Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein