**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Site Update Solutions LLC, | § | |
|     Plaintiff | § | |
| v. | § | Case No.2:10-cv-151 |
| | § | |
| Accor North America, Inc., et al., | § | **JURY TRIAL DEMANDED** |
|     Defendants | § | |
| | § | |

## MOTION TO DISMISS RED HAT, INC. WITH PREJUDICE

Plaintiff Site Update Solutions LLC ("SUS") hereby moves the Court to dismiss all causes of action asserted in this suit against Red Hat by SUS in the above identified action and all counterclaims asserted in this litigation against SUS by Red Hat WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own attorneys' fees and costs.

Date:   May 6, 2011

Respectfully submitted,

By: /s/ Edward W. Goldstein
Edward W. Goldstein
Texas Bar. No. 08099500
Corby R. Vowell
Texas Bar No. 24031621
Alisa A. Lipski
Texas Bar No. 24041345
**GOLDSTEIN & VOWELL, LLP**
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737
E-mail: egoldstein@gviplaw.com
E-mail: cvowell@gviplaw.com
E-mail: alipski@gviplaw.com

**Attorneys for Plaintiff
Site Update Solutions LLC**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 6, 2011. Any other counsel of record will be served by first class U.S. mail.

      /s/ Edward W. Goldstein_____
      Edward W. Goldstein