UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Site Update Solutions, LLC | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:10-cv-151-DF |
| | § | |
| Accor North America, Inc., et al. | § | |
| Defendants | § | |

## ORDER

Defendant Red Hat, Inc. filed its Agreed Motion to Dismiss Counterclaims Against Site Update Solutions, LLC. The Court, having reviewed the motion, and being well-advised, finds that the motion should be GRANTED.

It is therefore ORDERED that all counterclaims asserted by Red Hat, Inc. against Site Update Solutions, LLC are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be assessed against the party that incurred them.

SO ORDERED.

**SIGNED this 12th day of May, 2011.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE